Robert C. Montgomery
ROBERT C. MONTGOMERY, CHTD.
2160 South Twin Rapid Way
Boise, ID 83709
Telephone: (208) 322-8865
Facsimile: (208) 322-8395
Email: bmontgomerylaw@gmail.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

CRAIG SINNET and DIANNE SINNET

                                Plaintiff,

vs.

EMPIRE COLLECTION
AUTHORITIES, INC.,

                             Defendant.

NO.  2:11-cv-248

PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY TRIAL

(Unlawful Debt Collection Practices)

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

CRAIG SINNET  (individually "Craig") and DIANNE SINNET (individually "Dianne"), (Collectively "Plaintiffs"), through their attorneys, KROHN & MOSS, LTD., allege the following against EMPIRE COLLECTION AUTHORITIES, INC., ("Defendant"):

### INTRODUCTION

1.     Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

2.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

### JURISDICTION AND VENUE

3.     Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4.      Defendant conducts business in the state of Georgia, and, therefore, personal jurisdiction is established.

5.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6.      Plaintiffs are natural persons residing in Coeur d'Alene, Kootenai County, Idaho.

7.      Plaintiffs are consumers as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiffs.

9.      Defendant is a national company located in Aberdeen, Washington.

10.      Defendant, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

11.      Defendant placed collection calls to Plaintiffs seeking and demanding payment for an alleged debt.

12.      Defendant's representative, Mr. Lane, called Craig and told him that he was calling from the Legal Department seeking and demanding payment for an alleged debt.

13.      Defendant's representative, Mr. Lane, told Craig that he would take Dianne to small claims court if he did not pay the alleged debt.

14.      Defendant's representative, Mr. Lane, told Craig that he would garnish Diane's wages if he did not pay the alleged debt.

15.      Defendant called Plaintiff from 888-559-2484.

16.     Defendant called Plaintiff's telephone number 208-765-5615.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

17.     Defendant violated the FDCPA based on the following:

a.   Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to annoy, harass and oppress Plaintiff.

b.   Defendant violated *§1692e(4)* of the FDCPA by threatening to garnish Plaintiff's wages when Defendant did not intend to take such action.

c.   Defendant violated *§1692e(5)* of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

d.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

e.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to garnish Plaintiff's wages when Defendant did not intend to take such action.

f.   Defendant violated §1692e(10) of the FDCPA using false representations and/or deceptive means in an attempt to collect a debt.

WHEREFORE, Plaintiffs, CRAIG SINNET and DIANNE SINNET, respectfully request judgment be entered against Defendant, EMPIRE COLLECTION AUTHORITIES, INC., for the following:

23.     Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

24.     Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

25.     Any other relief that this Honorable Court deems appropriate.


                              RESPECTFULLY SUBMITTED,

DATED:  May 26, 2011

                              By: /s/ Robert C. Montgomery_____
                              Robert C. Montgomery
                              ROBERT C. MONTGOMERY, CHTD.
                              2160 South Twin Rapid Way
                              Boise, ID 83709
                              Telephone: (208) 322-8865
                              Facsimile: (208) 322-8395
                              Email: bmontgomerylaw@gmail.com




                        **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiffs, CRAIG SINNET and DIANNE SINNET, demand a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF IDAHO

Plaintiff, CRAIG SINNET, states the following:

1. I am the Plaintiff in this civil proceeding.

2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, CRAIG SINNET, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

3-3-2011
Date

CRAIG SINNET

## <u>VERIFICATION OF COMPLAINT AND CERTIFICATION</u>

STATE OF IDAHO

Plaintiff, DIANNE SINNET, states the following:

1.   I am the Plaintiff in this civil proceeding.

2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.   I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.   I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.


Pursuant to 28 U.S.C. § 1746(2), I, DIANNE SINNET, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

3-30-11
Date

_Dianne Sinnett_
DIANNE SINNET