Grays Harbor Legal Process, LLC
700 W. McBryde
Montesano, WA 98563
Phone: (360) 249-6501
Fax: (360) 249-6503

**INVOICE**

Invoice #DMN-2011001058
6/11/2011

Original Date: 6/10/2011

Krohn & Moss, LTD
10474 Santa Monica Blvd
Suite 401
Los Angeles, CA 90025

SINETT V. EMPIRE COLLECTIONS 110 W Market St Aberdeen Wa  Service on Alonzo Cole, agent

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service Fee | 1.00 | 65.00 | 65.00 |
| TOTAL CHARGED: | | | $65.00 |
| **BALANCE DUE:** | | | $65.00 |

**THANK YOU!**

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4n