UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CRAIG SINNET and DIANNE SINNET,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EMPIRE COLLECTION AUTHORITIES, INC.,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00248-BLW<br><br>**JUDGMENT** |

　　　In accordance with the Order on Plaintiffs' Motion (Dkt. 7) for Default Judgment and other relief, filed concurrently herewith,

　　　IT IS ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiffs in the amount of $5,522.50, and that this case be CLOSED.

DATED: April 26, 2012

_____
B. Lynn Winmill
Chief Judge
United States District Court

JUDGMENT - 1